Amended HLD-005                                                   NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 15-1112
_____

IN RE:  STEVEN MENSAH-YAWSON,

Petitioner
_____

On a Petition for Writ of Mandamus from the
United States District Court for the Western District of Pennsylvania
(Related to W.D. Pa. Crim. No. 2-09-cr-00276-001)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
March 19, 2015
Before:  MCKEE, Chief Judge, GARTH and BARRY, Circuit Judges

(Filed: April 20, 2015)
_____

OPINION*
_____

PER CURIAM

Before us is Steven Mensah-Yawson's petition for a writ of mandamus, in which

he requests an order directing the District Court to rule on his petition for a writ of error

coram nobis.  The District Court ruled on and denied that petition on April 2, 2015.

_____

* This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not
constitute binding precedent.

Thus, Mensah-Yawson's mandamus petition is moot and we will dismiss it on that basis.

See Blanciak v. Allegheny Ludlum Corp., 77 F.3d 690, 698-99 (3d Cir. 1996).